IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JOSE M. CHARRIEZ,

     Plaintiff,

v.                                    4:12cv631-WS

KENNETH S. TUCKER and
DANIEL BANNISTER,

     Defendants.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation docketed June 4, 2013.  See Doc. 18.  The magistrate judge recommends that this case be dismissed for failure to state a claim.  The plaintiff has filed objections (doc. 19) to the report and recommendation.

     Having considered the record in light of the plaintiff's objections, the court finds that the magistrate judge's report and recommendation should be adopted.

     Accordingly, it is ORDERED:

     1.  The magistrate judge's report and recommendation (doc. 18) is hereby ADOPTED and incorporated by reference into this order.

     2.  The plaintiff's amended complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted.

3.  The clerk shall enter judgment stating: "All claims are DISMISSED."

DONE AND ORDERED this ____21st____ day of ____June____, 2013.




s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE